UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER TOLEN, personally, and as natural parent of two deceased unborn children, as custodial natural parent and next friend of Lukus Griffin, as custodial natural parent and next friend of Delillian Shelby Jean Griffin, and as custodial natural parent and next friend of James Jerald Griffin V, and JAMES JERALD GRIFFIN IV, personally, and as parent of two deceased unborn children,<br><br>        Plaintiffs,<br><br>   v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>        Defendant. | Case No. 05-cv-4220-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Jennifer Tolen's notice of voluntary dismissal of Counts VI through XX of this action pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. 8). However, Rule 41(a)(1)(i) is inapplicable in that it speaks only of dismissing "an action" and not dismissing individual claims. To remedy this deficiency, the Court construes the notice of dismissal as a motion to voluntarily dismiss Counts VI through XX. without prejudice pursuant to Rule 41(a)(2).

The Court hereby **GRANTS** the motion to dismiss (Doc. 8), **DISMISSES without prejudice** Counts VI through XX, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED:  May 3, 2006**

                                                        s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **DISTRICT JUDGE**