UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER TOLEN, personally, and as natural parent of two deceased unborn children, as custodial natural parent and next friend of Lukus Griffin, as custodial natural parent and next friend of Delillian Shelby Jean Griffin, and as custodial natural parent and next friend of James Jerald Griffin V, and JAMES JERALD GRIFFIN IV, personally, and as parent of two deceased unborn children,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 05-cv-4220-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiffs' Motion to Dismiss (Doc. 34) the remaining claims in this case (Counts I-V and XXI-XXV) with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal from the parties. The Court **GRANTS** the motion (Doc. 34), **DISMISSES with prejudice** Counts I-V and XXI-XXV and **DIRECTS** the Clerk of Court to enter judgment accordingly. The motion to adjudicate lien (Doc. 33) is **MOOT**.

**IT IS SO ORDERED.**
**DATED: May 21, 2007**

                  s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**