UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER TOLEN, personally, and as natural parent of two deceased unborn children, as custodial natural parent and next friend of Lukus Griffin, as custodial natural parent and next friend of Delillian Shelby Jean Griffin, and as custodial natural parent and next friend of James Jerald Griffin V, and JAMES JERALD GRIFFIN IV, personally, and as parent of two deceased unborn children, <br><br>             Plaintiffs, <br><br>   v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br>             Defendant. | Case No. 05-cv-4220-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiffs' motions for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that Counts I-V and XXI-XXV of this case are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts VI-XX of this case are dismissed without prejudice.

NORBERT JAWORSKI

Dated:  May 21, 2007                                s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**